# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phyllis L. Neely,

    Plaintiff(s),

vs.

Jo Anne Barnhart,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-89

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/06 Order.

July 3, 2006

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*
Deputy Clerk