# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **PHYLLIS L. NEELY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CIVIL NO. 3:06CV89** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed on August 1, 2006 (document #13). By Response filed on August 11, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $432.50, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's 'Petition For Attorney's Fees And Costs" (document #13) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $432.50.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: August 14, 2006

David C. Keesler
United States Magistrate Judge